IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JUDY PHILLIPS, | CAUSE NO. CV-22-14-BU-BMM |
| Plaintiffs, | |
| -vs- | ORDER OF DISMISSAL WITH PREJUDICE |
| ALBERTSONS, LLC and JOSEPH OLBRYS, | |
| Defendants. | |

Upon Stipulation by the Plaintiff and Defendants, acting through their counsel of record, and good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice and that each of the parties shall bear their own costs and attorney's fees.

DATED this 18th day of January 2023.

_____
Brian Morris, Chief District Judge
United States District Court